Mark L. Smith (#14762)
msmith@sffirm.com
Jacob L. Fonnesbeck (#11961)
jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone: (725) 666-8701
Facsimile:  (725) 666-8710

*Attorneys for Brandon Wade*
*and Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, an individual, | Case No. 2:22-cv-01840 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | Magistrate Judge |
| BRANDON WADE, an individual; REFLEX MEDIA, INC., a Nevada corporation; and ROE ENTITIES I–V, inclusive, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendants Brandon Wade and Reflex Media, Inc., (collectively "***Defendants***") give notice of removal of the above-entitled action from the Eighth Judicial District Court, Clark County, State of Nevada, to the United States District Court for the District of Nevada. The removal of this action is made pursuant to 28 U.S.C. §1331 as the Complaint pleads a federal question. Plaintiff's claims and supporting allegations are based in federal law, specifically Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, and the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* In support of this Notice, Defendants state as follows:

1.     On or about October 5, 2022, Plaintiff Justyn Hornor filed his complaint in the Eighth Judicial District Court, Clark County, State of Nevada, as *Justyn Hornor v. Brandon Wade and Reflex Media, Inc.,* Case No. A-22-859447-C, Dept. No. 27 (the ***"State Court Action"***).

2.    On or about October 12, 2022, Defendant Reflex Media, Inc., was personally served with a copy of the Summons and Complaint filed in the State Court Action.

3.    On or about October 25, 2022, Defendant Brandon Wade was personally served with a copy of the Summons and Complaint filed in the State Court Action.

4.    This Notice of Removal is being filed within thirty (30) days of the date that Defendants first received a copy of the summonses and complaint. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

5.    Venue is proper in this district under 28 U.S.C.§ 1441(a) because this district and division embrace the place where the removed action has been pending.

6.    Removal is proper because the majority of claims brought by Plaintiff are brought under federal law pursuant to Title VII of the Civil Rights Act of 1964 and the Family and Medical Leave Act of 1993. Nevada Revised Statute 613.330 is simply Nevada's version of Title VII, and both encompass the exact same allegations: religious discrimination, retaliation, failure to accommodate and a hostile work environment. The tort causes of action are based on the same set of factual allegations concerning Plaintiff's employment and termination.

7.    Plaintiff made a demand for a jury trial in his Complaint in the State Court Action.

8.    All defendants consent to removal of this action.

9.    Defendant Brandon Wade is an individual residing in Clark County, State of Nevada.

10.    Defendant Reflex Media, Inc., is a domestic corporation, doing business in Clark County, State of Nevada.

11.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiffs and filed with the Clerk of the Court in the State Court Action, together with a copy of the exhibits attached hereto. A copy of all pleadings in the State Court Action is attached hereto as Exhibit 1.

////

////

WHEREFORE, Defendants Brandon Wade and Reflex Media, Inc., respectfully request that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court and issue any orders necessary to stay proceedings in the State Court Action.

DATED: November 1, 2022                    **SF FIRM, LLP**

    /s/ Mark L. Smith
Mark L. Smith
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, the foregoing **NOTICE OF REMOVAL** was served on the person(s) named below via CM/ECF and electronic mail:

Andre M. Lagomarsino, Esq.
LAGOMARSINO LAW
3005 E. Horizon Ridge Pkwy., #241
Las Vegas, Nevada 89052
aml@lagomarsinolaw.com

_____/s/ Pia Martinez_____