**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>BRANDON WADE, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,<br><br>  Defendants. | CASE NO.: 2:22-cv-01840-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR PLAINTIFF'S OPPOSITION TO AND DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 6) in the above-captioned case for fourteen (14) days, up to and including Tuesday, December 6, 2022.

The parties likewise agree to extend Defendants' deadline to file their subsequent Reply in Support of their Motion to Dismiss up to and including December 20, 2022.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extensions is based upon the following:

The Thanksgiving Holidays are quickly approaching, and both Plaintiff's and Defendants' counsel will have reduced availability;

Plaintiff's counsel is preparing for an entire week of depositions in the Federal matter of *McAteer v. Sunflower Bank* and the District Court of Clark County matter of *Thompson et al. v. LVI Global, et al.*, which will occur on: November 14, 15, 16, 17, and 18;

…

Defendants' counsel will be occupied with depositions in another matter the week of and following the proposed December 6, 2022 deadline.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file his Opposition to Defendants' Motion to Dismiss (ECF No. 6) by fourteen (14) days from the current deadline of November 22, 2022, up to and including December 6, 2022, and to extend the time for Defendants' to file their Reply in Support of Motion to Dismiss up to and including December 20, 2022.

| | |
|---|---|
| DATED this 14th day of November 2022 | DATED this 14th day of November 2022 |
| */s/ Andre M. Lagomarsino* | */s/ Mark L. Smith* |
| **LAGOMARSINO LAW** | **SF FIRM, LLP** |
| Andre M. Lagomarsino, Esq. (#6711) | Mark L. Smith, Esq. (#14762) |
| Taylor N. Jorgensen, Esq. (#16259) | Jacob L. Fonnesbeck, Esq. (#11961) |
| 3005 W. Horizon Ridge Pkwy., #241 | 6345 S. Pecos Road, Suite 202 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89120 |
| Telephone: (702) 383-2864 | Telephone: (725) 666-8701 |
| *Attorneys for Plaintiff Justyn Hornor* | *Attorneys for Defendants Brandon Wade and Reflex Media, Inc.,* |

### ORDER

IT IS SO ORDERED.

Dated this 14th day of November 2022.

_____
RICHARD F. BOULWARE, II
United States District Court