**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>BRANDON WEY, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,<br><br>  Defendants. | CASE NO.: 2:22-cv-01840-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR PLAINTIFF'S OPPOSITION TO AND DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Pursuant to LR 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 12) in the above-captioned case for twenty-six (26) days, up to and including Monday, January 23, 2023.

The parties likewise agree to extend Defendants' deadline to file their subsequent Reply in Support of their Motion to Dismiss up to and including February 6, 2023.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extensions is based upon the following:

The Winter Holidays are quickly approaching, and both Plaintiff's and Defendants' counsel will have reduced availability;

Plaintiff's counsel is preparing for and conducting a full-day deposition on December 20, 2022;

Plaintiff's counsel is preparing for trial in the matter of *Kennedy t al. v. Las Vegas Sands Crop. Et al.* 2:17-cv-200880-APG-VCF and the Honorable Judge Gordon has instructed both

Plaintiffs' and Defendants' counsel to give all the younger associate attorneys an active role in the trial;

Immediately following the trial, Plaintiff's counsel will be preparing for and conducting and all-day deposition of an expert witness on January 16, 2023.

Defendants' counsel will be occupied with depositions in another matter the week of and following the proposed February 6, 2023 deadline.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file his Opposition to Defendants' Motion to Dismiss (ECF No. 12) by twenty-six (26) days from the current deadline of December 28, 2022, up to and including January 23, 2023, and to extend the time for Defendants' to file their Reply in Support of their Motion to Dismiss up to and including February 6, 2023.

| | |
|---|---|
| DATED this 20th day of December 2022 | DATED this 20th day of December 2022 |
| /s/Taylor N. Jorgensen | /s/ Jacob L. Fonnesbeck |
| **LAGOMARSINO LAW** | **SF FIRM, LLP** |
| Andre M. Lagomarsino, Esq. (#6711) | Mark L. Smith, Esq. (#14762) |
| Taylor N. Jorgensen, Esq. (#16259) | Jacob L. Fonnesbeck, Esq. (#11961) |
| 3005 W. Horizon Ridge Pkwy., #241 | 6345 S. Pecos Road, Suite 202 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89120 |
| Telephone: (702) 383-2864 | Telephone: (725) 666-8701 |
| *Attorneys for Plaintiff Justyn Hornor* | *Attorneys for Defendants Brandon Wey and Reflex Media, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated this 27th day of December 2022.



RICHARD E. BOULWARE, II
United States District Court