Mark L. Smith (#14762)
 msmith@sffirm.com
Jacob L. Fonnesbeck (#11961)
 jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone: (725) 666-8701
Facsimile:  (725) 666-8710

*Attorneys for Brandon Wey
and Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>BRANDON WEY aka BRANDON WADE, individually; REFLEX MEDIA, INC., a Nevada corporation; and ROE ENTITIES I–V, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01840-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>**(First Request)** |

Pursuant to Civil L.R. 6-1, the parties hereby jointly ask the Court for a 90-day extension of the remaining case deadlines. This is the first extension requested and is not sought for purposes of delay. The parties have been diligent in their discovery efforts to date by exchanging and responding to written discovery and have conducted five depositions to date, with two more depositions scheduled to occur on or before June 9, 2023. The requested extension is needed primarily for two reasons: (1) both Plaintiff Justyn Hornor and Defendant Brandon Wey are scheduled to be away from Nevada for several weeks, which does not leave enough time to hold their depositions before the upcoming initial expert disclosure deadline, and (2) Mr. Hornor is still undergoing treatment for his alleged injuries.

If granted, the requested extension would amend the following deadlines as indicated in the following chart:

| Deadline | New Date |
|---|---|
| Discovery cutoff | December 7, 2023 |
| Last day to amend pleadings or add parties | September 11, 2023 |
| Initial expert disclosures | October 8, 2023 |
| Rebuttal expert disclosures | November 7, 2023 |
| Dispositive motions | January 7, 2024 |
| Joint pretrial order | February 6, 2023, or 30 days after the Court's decision on dispositive motions |

For the foregoing reasons, parties respectfully submit that good cause exists to grant the requested extension and asks this Court to amend the deadlines as set forth above.

DATED: May 24, 2023               **SF FIRM, LLP**

                                                               /s/ Mark L. Smith
                                                              Mark L. Smith
                                                              *Attorneys for Defendants*

DATED: May 24, 2023               **LAGOMARSINO LAW**

                                                             /s/ Taylor N. Jorgensen
                                                             Taylor N. Jorgensen
                                                             *Attorneys for Plaintiff*

\*   \*   \*

IT IS SO ORDERED:

DATED: May 25, 2023

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, the foregoing **STIPULATION AND ORDER TO EXTEND CASE DEADLINES AND ORDER** was served on the person(s) named below via the Court's electronic filing system:

Andre M. Lagomarsino, Esq.
LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
aml@lagomarsinolaw.com

/s/ Pia Martinez