Mark L. Smith (#14762)
 msmith@sffirm.com
Jacob L. Fonnesbeck (#11961)
 jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone:  (725) 666-8701
Facsimile:  (725) 666-8710

*Attorneys for Brandon Wey
and Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>BRANDON WEY aka BRANDON WADE, individually; REFLEX MEDIA, INC., a Nevada corporation; and ROE ENTITIES I–V, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01840-RFB-DJA<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND CASE DEADLINES**<br><br>**AS AMENDED** |

Having considered Defendants' Motion to Extend Discovery Deadlines (ECF 56), and good cause appearing therefore, the Court hereby orders the current discovery deadlines be extended as follows:

| | Current | Extended Deadline |
|---|---|---|
| Discovery cut-off | 07/08/24 | Friday, September 6, 2024 |
| Deadline to amend pleadings and add parties | ~~04/09/24~~ | ~~Monday, June 10, 2024~~ |
| Deadline for initial expert disclosures | 05/07/24 | Monday, July 8, 2024 |
| Deadline for rebuttal expert disclosures | 06/04/2024 | Monday, August 5, 2024 |

| Deadline to file dispositive motions | 08/06/2024 | Monday, October 7, 2024 |
| Deadline to file pre-trial order | 09/03/24 | Monday, November 4, 2024, or 30 days after the dispositive motions have been decided. |

Neither in their motion to suspend deadlines nor Plaintiff's instant motion to extend time have the parties addressed the excusable neglect standard for moving to extend deadlines that have already passed, like the deadline to amend pleadings or add parties here.  *See* Fed. R. Civ. P. 6(b)(1)(B); *see* LR 26-3.  The Court thus declines to extend that deadline.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 56) is **GRANTED IN PART AND DENIED IN PART.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 23, 2024