**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Justyn Hornor*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON WEY, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-01840-RFB-DJA<br><br>**STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE** |

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of this *Stipulation and Order Authorizing Electronic Service* to create an expeditious and efficient manner of service of the above-captioned litigation.

Pursuant to FRCP 5(b)(2)(E), the parties hereby consent to electronic service. As such, when any of the undersigned parties wish to serve a discovery related document, that party shall effectuate service of the document to the following email addresses:

| PARTY | FIRM NAME | EMAIL ADDRESSES |
|---|---|---|
| Plaintiff | Lagomarsino Law | AML@lagomarsinolaw.com<br>Taylor@lagomarsinolaw.com<br>Denise@lagomarsinolaw.com<br>Moira@lagoamrsinolaw.com<br>fileclerk@lagomarsinolaw.com |
| Defendants | SF Firm, LLP | msmith@sffirm.com<br>jfonnesbeck@sffirm.com<br>pmartinez@sffirm.com<br>mhernandez@sffirm.com |

. . .

1  The parties further agree to confirm receipt of electronic service. If no electronic confirmation

2 is received within one business day of effectuating service, the serving party agrees to verify receipt

3 of service by phone.

4  **IT IS SO STIPULATED AND AGREED.**

5  DATED this 23rd day of April, 2024.   DATED this 23rd day of April, 2024.

6  **LAGOMARSINO LAW**   **SF FIRM, LLP**

7  /s/ Taylor N. Jorgensen   /s/ Jacob L. Fonnesbeck
ANDRE M. LAGOMARSINO, ESQ. (#6711)   MARK L. SMITH, ESQ. (#14762)
8  TAYLOR N. JORGENSEN, ESQ. (#16259)   JACOB L. FONNESBECK, ESQ. (#11961)
3005 W. Horizon Ridge Pkwy., #241   6345 South Pecos Road, Suite 202
9  Henderson, Nevada 89052   Las Vegas, Nevada 89120
*Attorneys for Plaintiff*   *Attorneys for Defendants*

11 **IT IS SO ORDERED.**

12  
_____
DANIEL J. ALBREGTS
13 UNITED STATES MAGISTRATE JUDGE

14 DATED: April 25, 2024