**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTYN HORNOR, individually,<br>Plaintiff,<br>vs.<br>BRANDON WEY, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,<br>Defendants. | CASE NO.: 2:22-cv-01840-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SIXTH REQUEST)** |
| AND ALL RELATED CLAIMS. | |

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned attorneys that the discovery cut-off date of November 5, 2024, be continued for a period of sixty (60) days from the Court's prior Order (ECF No. 71), up to and including **January 6, 2025**, for the purpose of allowing the parties to complete written discovery, complete the depositions of the remaining parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

**I. DISCOVERY COMPLETED TO DATE**

- Plaintiff and Defendants have engaged in a significant amount of written discovery requests, the most recent of which was Plaintiff Justyn Hornor's responses to Brandon Wey's Interrogatories and Requests for Production of Documents served on July 8, 2024.
- The parties have participated in several depositions, including those of Heather Pressley, Wade Jones, Ulysses Diaz, Ruben Buell, LordMichael Bautista, Latasha Davis, Marc Hall, Christopher Kagay, Eric Smith, Ph.D., and Mark Smith, Esq.
- The Parties have sent subpoenas to several third-party witnesses for documentation.

**II. DISCOVERY YET TO BE COMPLETED**

The Parties have yet to complete the following discovery:



LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

- the depositions of the remaining named parties (individual or 30(b)(6) designees);expert witness disclosures and expert witness depositions;
- additional written discovery, which may include written discovery to one another and/or additional subpoenas to third parties; and
- any additional discovery the parties wish to conduct.

The Parties reserve the right to conduct additional discovery that is permitted by the Federal Rules of Civil Procedure.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have diligently engaged in discovery and done what they can to move the case forward. Immediately prior to this stipulation being filed, the parties had scheduled the deposition of Plaintiff and his wife, Tara Hornor, for July 31, 2024 and August 1, 2024. However, Plaintiff and his wife, Tara Hornor, along with their children, were involved in a serious car accident on July 21, 2024. *See* **Exhibit 1**, **Photos of Car Accident**. Both Plaintiff and Tara are suffering from concussions following the accident and are unable to give their best testimony at this time. Due to the recent event, Plaintiff seeks to move these depositions to allow him and his wife to fully recover prior to being deposed. As such, the parties request, in good faith, that the present discovery deadlines be extended by sixty (60) days so that Defendants may depose Plaintiff and his wife with enough time to obtain transcripts from the depositions and provide any relevant information obtained therein to their expert witnesses.

## IV. PROPOSED EXTENDED DEADLINES

| | Current | Proposed |
|---|---|---|
| Discovery cut-off | 11/05/24 | Monday, January 6, 2025[1] |
| Deadline for initial expert disclosures | 09/06/24 | Thursday, November 5, 2024 |
| Deadline for rebuttal expert disclosures | 10/04/24 | Tuesday, December 3, 2024 |
| Deadline to file dispositive motions | 12/06/24 | Tuesday, February 4, 2025 |

[1] This deadline falls on January 4, 2025, which is a Saturday. As a result, this deadline extends to the next court day, Monday, January 4, 2025, by operation of FRCP.

| Deadline to file pre-trial order | 01/03/25 | Tuesday, March 4, 2025, or 30 days after the dispositive motions have been decided. |
|---|---|---|

This request for an extension is made in good faith and joined by all the parties in this case. The Request is timely pursuant to LR 26-3. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Since this request is a joint request, no party will be prejudiced. The extension will allow the parties the necessary time to complete discovery.

**IT IS SO STIPULATED AND AGREED.**

DATED this 30th day of July, 2024.

**LAGOMARSINO LAW**

*/s/ Taylor Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 30th day of July, 2024.

**SF FIRM, LLP**

*/s/ Jacob Fonnesbeck*
MARK L. SMITH (#14762)
JACOB L. FONNESBECK (#11961)
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
*Attorneys for Defendants*

**IT IS SO ORDERED.**

By: ______________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/31/2024

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

Case 2:22-cv-01840-RFB-DJA Document 74 Filed 07/30/24 Page 4 of 6

# EXHIBIT 1



Case 2:22-cv-01849-RFB-DJA Document 75 Filed 07/31/24 Page 6 of 6