Mark L. Smith (#14762)
  msmith@sffirm.com
Jacob L. Fonnesbeck (#11691)
  jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone:  (725) 666-8701
Facsimile:   (725) 666-8710

*Attorneys for Brandon Wey*
*and Reflex Media, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually, | Case No. 2:22-cv-01840-RFB-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| v. | **(NINTH REQUEST)** |
| BRANDON WEY aka BRANDON WADE, individually; REFLEX MEDIA, INC., a Nevada corporation; and ROE ENTITIES I–V, inclusive, | |
| Defendants. | |

Defendants Reflex Media, Inc., and Brandon Wey (collectively, **"Defendants"**) and Plaintiff Justyn Hornor (**"Plaintiff"**) respectfully submit this stipulation and order to extend the discovery deadlines. This is the parties' ninth extension. This matter has not been scheduled for trial and dispositive motions have not been filed. This request is timely submitted pursuant this Court's order dated May 8, 2025 (ECF 96). The parties have agreed to extend the deadlines; therefore, no party will prejudiced.

IT IS HEREBY STIPULATED AND AGREED between the parties through their counsel that discovery be extended as outlined below for the purpose of completing the depositions outlined in ECF 96 and any discovery related thereto. The parties have been diligent in attempting to obtain the availability of the witnesses to be deposed and have met-and-conferred by telephone

and email on several occasions. After considering all involved parties' availability and allowing a brief amount of time for any follow-on discovery after the depositions, the parties hereby propose the following schedule:

## I.    PROPOSED DISCOVERY SCHEDULE

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | May 6, 2025 | August 29, 2025 |
| Dispositive Motions | June 6, 2025 | October 15, 2025 |
| Pre-trial Order | July 7, 2025 | November 14, 2025 |

**IT IS SO STIPULATED AND AGREED.**

DATED: May 27, 2025                                **SF FIRM, LLP**

                                                                          /s/ Mark L. Smith
                                                                  Mark L. Smith
                                                                  *Attorneys for Defendants*

DATED: May 27, 2025

                                                                          /s/ Taylor M. Jorgensen
                                                                  Andre M. Lagomarsino
                                                                  Taylor M. Jorgensen
                                                                  *Attorneys for Plaintiffs*


                                                        **IT IS SO ORDERED:**

                                                        By: _____
                                                              DANIEL J. ALBREGTS
                                                              UNITED STATES MAGISTRATE JUDGE
                                                              DATED: 5/29/2025