Mark L. Smith (#14762)
  msmith@sffirm.com
Jacob L. Fonnesbeck (#11691)
  jfonnesbeck@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone:  (725) 666-8701
Facsimile:   (725) 666-8710

*Attorneys for Brandon Wey
and Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>BRANDON WEY aka BRANDON WADE, individually; REFLEX MEDIA, INC., a Nevada corporation; and ROE ENTITIES I–V, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-01840-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(TENTH REQUEST)** |

Defendants Reflex Media, Inc., and Brandon Wey (collectively, ***"Defendants"***) and Plaintiff Justyn Hornor (***"Plaintiff"***) respectfully submit this stipulation and order to extend the discovery deadlines. This is the parties' tenth extension. This matter has not been scheduled for trial and dispositive motions have not been filed. This request is submitted timely pursuant this Court's order dated May 8, 2025 (ECF 96). The parties have agreed to extend the deadlines; therefore, no party will prejudiced.

IT IS HEREBY STIPULATED AND AGREED between the parties through their counsel that discovery be extended as outlined below for the purpose of completing the depositions outlined in ECF 96. Defendants' counsel is scheduled for a seven to ten-day trial in *Reflex Media, Inc. et al. v. SuccessfulMatch.com, et al.,* U.S. Northern District of California Case No. 3:20-cv-

1  06393. Despite their efforts, the parties have been unable to find dates when all involved parties
2  are available within the time left for discovery. The parties have already completed three of the
3  five outstanding depositions and have been diligent in attempting to obtain the availability of the
4  additional witnesses to be deposed and have met-and-conferred by telephone and email on several
5  occasions. The two remaining witnesses are currently scheduled to be deposed after the current
6  deadline. Dr. Silberberg's deposition is scheduled for September 12, 2025, and Dr. Mahla's[1]
7  deposition is scheduled for September 19, 2025. After considering all involved parties' availability
8  and allowing a brief amount of time for any follow-on discovery after the depositions, the parties
9  hereby propose the following schedule:
10  ////
11  ////
12  ////

---

[1] Dr. Mahla's deposition was previously noticed for last month but was subsequently vacated at the request of Plaintiff's counsel to accommodate a separate scheduling conflict.

## I.    PROPOSED DISCOVERY SCHEDULE

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | August 29, 2025 | September 29, 2025 |
| Dispositive Motions | October 15, 2025 | November 14, 2025 |
| Pre-trial Order | November 14, 2025 | December 14, 2025 |

IT IS SO STIPULATED AND AGREED.

DATED: August 4, 2025                    **SF FIRM, LLP**

/s/ Mark L. Smith
Mark L. Smith
*Attorneys for Defendants*

DATED: August 4, 2025

/s/ Taylor M. Jorgensen
Andre M. Lagomarsino
Taylor M. Jorgensen
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

By: _____
Daniel J. Albregts
United States Magistrate Judge

DATED: 8/5/2025