**Lagomarsino Law**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTYN HORNOR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON WEY, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,<br><br>Defendants. | CASE NO.:   2:22-CV-01840-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATES OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION OF SUMMARY JUDGMENT AND DEFENDANTS' REPLY IN SUPPORT OF MOTION SUMMARY JUDGMENT** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsels of record, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support (ECF No. 102) (the "MSJ") and Defendants' Reply in Support of MSJ in the above-captioned case.

Plaintiff requests a two-week extension of the deadline to file his opposition to the MSJ, making the new deadline December 19, 2025. Additionally, Defendants request a two-week extension to file their reply in support of the MSJ making the new deadline January 16, 2026. The Parties further request that the deadline for the Joint Pretrial Order be moved to thirty (30) days after a decision on Defendant's Motion for Summary Judgment, in line with Local Rule 26-1.

This Request for an extension of time is not sought for any improper purpose or other

purpose of delay. The conditions of this stipulation are based on the following:

In the upcoming weeks, Plaintiff's Counsel is scheduled to handle a settlement conference, several depositions, and several hearings in multiple separate cases. However, due to the holidays, the parties have discussed and agreed that the requested two-week extensions for both briefs are reasonable.

**IT IS SO STIPULATED AND AGREED.**

DATED this 19th day of November, 2025.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 19th day of November, 2025.

**SF FIRM, LLP**

*/s/ Jacob L. Fonnesbeck, Esq.*
MARK L. SMITH (#14762)
JACOB L. FONNESBECK (#11961)
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED** this 20th day of November, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**