**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTYN HORNOR, individually,

Plaintiff,

vs.

BRANDON WEY, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,

Defendants.

CASE NO.: 2:22-CV-01840-RFB-DJA

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATES OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION OF SUMMARY JUDGMENT AND DEFENDANTS' REPLY IN SUPPORT OF MOTION SUMMARY JUDGMENT**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, the parties, by and through their respective counsels of record, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support (ECF No. 124) (the "MSJ") and Defendants' Reply in Support of MSJ in the above-captioned case.

Plaintiff requests a three-week extension of the deadline to file his opposition to the MSJ, making the new deadline November 18, 2026. Defendants request a corresponding adjustment to the time for them to file their reply in support of the MSJ, thereby making the new reply deadline December 23, 2026. The Parties further request that the deadline for the Joint Pretrial Order be moved to thirty (30) days after a decision on Defendant's Motion for Summary Judgment, in line with Local Rule 26-1.

This First Request for an extension of time is not sought for any improper purpose or other

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

purpose of delay. The conditions of this stipulation are based on the following:

Plaintiff's Counsel has several time-sensitive matters and deadlines in other cases which require time initially reserved for the instant case and responding to Defendants' pending Motion for Summary Judgment. To complete a thorough opposition, Plaintiff requests the extended deadline. Additionally, the Parties agree that it is fair to allow Defendants the extended deadline as well to account for any pre-existing scheduling conflicts.

**IT IS SO STIPULATED AND AGREED.**

DATED this 20th day of October, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 20th day of October, 2026.

**SF FIRM, LLP**

*/s/ Jacob L. Fonnesbeck, Esq.*
MARK L. SMITH (#14762)
JACOB L. FONNESBECK (#11961)
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** October 21, 2026.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**