**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTYN HORNOR, individually,

Plaintiff,

vs.

BRANDON WEY, individually; REFLEX MEDIA, INC, a Nevada Corporation; ROE ENTITIES I – V, inclusive,

Defendants.

CASE NO.: 2:22-CV-01840-RFB-DJA

**STIPULATION AND ORDER TO EXTEND DUE DATES OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION OF SUMMARY JUDGMENT**

**(SECOND REQUEST)**

Pursuant to LR IA 6-1, the parties, by and through their respective counsels of record, hereby stipulate and request that this Court extend the deadline to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support (ECF No. 124) (the "MSJ") in the above-captioned case.

Plaintiff requests a two-day extension of the deadline to file his opposition to the MSJ, making the new deadline November 20, 2026.

This Second Request for an extension of time is not sought for any improper purpose or other purpose of delay. The conditions of this stipulation are based on the following:

. . .

. . .

Plaintiff's Counsel has had unexpected personal obligations which have necessitated a slight extension as to the due date. To complete a thorough opposition, Plaintiff requests the extended deadline.

**IT IS SO STIPULATED AND AGREED.**

DATED this 18th day of November, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor N. Jorgensen, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 18th day of November, 2026.

**SF FIRM, LLP**

*/s/ Jacob L. Fonnesbeck, Esq.*
MARK L. SMITH (#14762)
JACOB L. FONNESBECK (#11961)
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED**: November 18, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065